Carolyn J. Fairless (admitted *pro hac vice*)
Jennifer J. Oxley (admitted *pro hac vice*)
Nicholas J. Steverson (admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: fairless@wtotrial.com
　　　oxley@wtotrial.com
　　　steverson@wtotrial.com

John D. Munding
Munding, P.S.
309 E. Farwell Road, Suite 310
Spokane, WA 99218
Telephone: 509.590.3849
Email: john@mundinglaw.com

Attorneys for Defendant Perkins Coie LLP

Hon. Whitman L. Holt

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>ICAP ENTERPRISES, INC., *et al.*<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>(Jointly Administered) |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>　　Plaintiffs,<br><br>v.<br><br>Perkins Coie LLP, a Washington limited liability partnership,<br><br>　　Defendant. | Adv. Case No. 25-80084-WLH<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION**<br><br>**[Related to ECF Nos. 18, 27, 30, 38, 43, & 45]** |

Notice of Appeal and Statement
of Election (Form 417A)
Page - 1

**Part 1: Identify the Appellant**

1. Name of appellant: **Perkins Coie LLP**

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding:

☐ Plaintiff

☒ **Defendant**

☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding:

☐ Debtor

☐ Creditor

☐ Trustee

☐ Other (describe) _____

**Part 2: Identify the Subject of this Appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: **Order on Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [ECF 38], attached as Exhibit A. Pursuant to Fed. R. Bankr. P. 8003(a)(6), this appeal is limited to the Bankruptcy Court's ruling that there is federal subject-matter jurisdiction over this adversary proceeding. (*See* Order on Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [ECF 38], Ex. A, at ¶ 1.)**

2. State the date on which the judgment—or the appealable order or decree—was entered: **June 23, 2026. Pursuant to Fed. R. Bankr. P. 8002(d), the Bankruptcy Court (on stipulated motion) extended the deadline to file this Notice of Appeal and Motion for Leave to Appeal until July 21, 2026. (Order Granting Stipulated Motion for Extension of Time to File Notice of Appeal and Motion for Leave Under Fed. R. Bankr. P. 8002 [ECF 43], attached as Exhibit B.)**

Notice of Appeal and Statement
of Election (Form 417A)
Page - 2

## Part 3: Identify the Other Parties to the Appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.      **Party:**                                                          **Attorneys:**

Perkins Coie LLP                           John D. Munding (WSBA #21734)
                                           Munding, P.S.
                                           309 E. Farwell Road, Suite 310
                                           Spokane, WA  99218
                                           Telephone: 509.590.3849
                                           Email: john@mundinglaw.com

                                           Carolyn J. Fairless (pro hac vice)
                                           Jennifer J. Oxley (pro hac vice)
                                           Nicholas J. Steverson (pro hac vice)
                                           Wheeler Trigg O'Donnell LLP
                                           370 Seventeenth Street, Suite 4500
                                           Denver, CO  80202-5647
                                           Telephone:    303.244.1800
                                           Facsimile:    303.244.1879
                                           Email:   fairless@wtotrial.com
                                                    oxley@wtotrial.com
                                                    steverson@wtotrial.com

2.      **Party:**                                                          **Attorneys:**

Lance Miller as Co-Trustee                 Jason Edward Wax (WSBA #41944)
of the iCap Trust                          Bush Kornfeld LLP
                                           601 Union Street, Suite 5000
                                           Seattle, WA 98101
                                           Telephone:    206.292.2110
                                           Facsimile:    206.292.2104
                                           Email:   jwax@bskd.com

                                           Alan J. Kornfeld (pro hac vice)
                                           Cia H. Mackle (pro hac vice)
                                           Pachulski Stang Ziehl & Jones LLP

Notice of Appeal and Statement
of Election (Form 417A)
Page - 3

10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067-4003
Telephone:    310.277.6910
Facsimile:    310.201.0760
Email:    akornfeld@pszjlaw.com
            cmackle@pszjlaw.com

James Walker (pro hac vice)
Pachulski Stang Ziehl & Jones LLP
700 Louisiana Street, Ste. 4500
Houston, TX 77002
Telephone:    713.691.9385
Facsimile:    713.691.9407
Email:    jwalker@pszjlaw.com

3.    **Party:**                    **Attorneys:**

Seth Freeman as Co-Trustee     Jason Edward Wax (WSBA #41944)
of the iCap Trust              Bush Kornfeld LLP
                               601 Union Street, Suite 5000
                               Seattle, WA 98101
                               Telephone:    206.292.2110
                               Facsimile:    206.292.2104
                               Email:    jwax@bskd.com

                               Alan J. Kornfeld (pro hac vice)
                               Cia H. Mackle (pro hac vice)
                               Pachulski Stang Ziehl & Jones LLP
                               10100 Santa Monica Blvd., 13th Fl.
                               Los Angeles, CA 90067-4003
                               Telephone:    310.277.6910
                               Facsimile:    310.201.0760
                               Email:    akornfeld@pszjlaw.com
                                           cmackle@pszjlaw.com

                               James Walker (pro hac vice)
                               Pachulski Stang Ziehl & Jones LLP
                               700 Louisiana Street, Ste. 4500
                               Houston, TX 77002

Notice of Appeal and Statement
of Election (Form 417A)
Page - 4

Telephone:      713.691.9385
Facsimile:      713.691.9407
Email:    jwalker@pszjlaw.com

## Part 4: Optional Election to Have Appeal Heard by District Court (Applicable Only in Certain Districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒      **Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.**

Notice of Appeal and Statement
of Election (Form 417A)
Page - 5

**Part 5: Sign below:**

Dated:  July 21, 2026

By:  /s/ John D. Munding

John D. Munding (WSBA #21734)
Munding, P.S.
309 E. Farwell Road, Suite 310
Spokane, WA  99218
Telephone: 509.590.3849
Email: john@mundinglaw.com

And:  /s/ Nicholas J. Steverson

Carolyn J. Fairless (admitted *pro hac vice*)
Jennifer J. Oxley (admitted *pro hac vice*)
Nicholas J. Steverson (admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:   303.244.1879
Email: fairless@wtotrial.com
          oxley@wtotrial.com
          steverson@wtotrial.com

*Attorneys for Appellant Perkins Coie LLP*

*Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

*[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bank. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]*

Notice of Appeal and Statement
of Election (Form 417A)
Page - 6

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on July 21, 2026, I electronically filed the foregoing **Notice of Appeal and Statement of Election** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties, including Plaintiffs' counsel, through the Court's Electronic Case Filing System. Parties may access this filing through the Court's ECF system.

*/s/ Nicholas J. Steverson*

# Exhibit A

**Dated: June 23rd, 2026**

**Whitman L. Holt**
**Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| iCAP ENTERPRISES INC., *et al.*, | |
| Debtors. | Lead Case No. 23-01243-WLH11 |
| | Jointly Administered |
| Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust, | Adv. Pro. No. 25-80084-WLH |
| Plaintiffs, | **ORDER ON PERKINS COIE LLP'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM** |
| v. | |
| Perkins Coie LLP, a Washington limited liability partnership, | |
| Defendant. | [Related to ECF 1, 18, 27 & 30] |

4937-0781-7398.1 39502.00002

CLASSIFICATION: RESTRICTED

THIS MATTER came before the court upon *Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim* (the "Motion") (ECF No. 18).  The court has reviewed the Motion, the Trustees' opposition to the Motion (ECF No. 27), Perkins Coie's reply thereto (ECF No. 30), and the record and files in this case and heard argument on the Motion and it is hereby:

ORDERED that, for the reasons recited on the record at the hearing on the Motion held on June 18, 2026:

1. The Motion [ECF No. 18] is denied in part with respect to Perkins Coie's request for dismissal of the Complaint under Fed. R. Civ. P. Rule 12(b)(1).  The court finds that it has subject matter jurisdiction over this adversary proceeding over Perkins Coie's objections, which are preserved.

2. The Motion is denied in part with respect to Perkins Coie's request for dismissal of the First Cause of Action of the Complaint (Aiding and Abetting Fraud) under Fed. R. Civ. P. Rule 12(b)(6).

3. The Motion is granted in part with respect to Perkins Coie's request for dismissal of the Second Cause of Action of the Complaint (Aiding and Abetting Breach of Fiduciary Duty) under Fed. R. Civ. P. Rule 12(b)(6), with leave to amend.

4. The Trustees' deadline for filing any amended complaint is July 17, 2026.

5. Perkins Coie will respond to either the amended complaint (or, if the Trustees elect to proceed without amendment, to the original Complaint (ECF No. 1)) by July 31, 2026.

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110

CLASSIFICATION: RESTRICTED

~~///END OF ORDER///~~///End of Order///

~~PRESENTED BY~~Presented by:

BUSH KORNFELD LLP

*/s/ Jason Edward Wax*
JASON EDWARD WAX (WSBA #41944)
BUSH KORNFELD LLP

ALAN J. KORNFELD (admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (admitted *Pro Hac Vice*)
JAMES W. WALKER (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs, Lance Miller and*
*Seth Freeman as Co-Trustees for the iCap Trust*

MUNDING, P.S.

*/s/ John D. Munding*
JOHN D. MUNDING (WSBA #21650)
MUNDING, P.S.

CAROLYN J. FAIRLESS (admitted *Pro Hac Vice*)
JENNIFER J. OXLEY (admitted *Pro Hac Vice*)
NICHOLAS J. STEVERSON (admitted *Pro Hac Vice*)
WHEELER TRIGG O'DONNELL LLP

*Attorneys for Defendant, Perkins Coie LLP*

* Changes made by court

4937-0781-7398.1 39502.00002
ORDER ON PERKINS COIE LLP'S
MOTION TO DISMISS COMPLAINT
Page - 2

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110

# Exhibit B

**Dated: July 2nd, 2026**

**Whitman L. Holt**
**Bankruptcy Judge**

* TEXT REDACTED IN AREA RESERVED FOR COURT USE PER LBR 9013-1(c)(2)(A)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>ICAP ENTERPRISES, INC., *et al.*<br><br>                          Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>(Jointly Administered) |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>      Plaintiffs,<br><br>v.<br><br>Perkins Coie LLP, a Washington limited liability partnership,<br><br>      Defendant. | Adv. Pro. ~~Case~~ No. 25-80084-WLH<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND MOTION FOR LEAVE UNDER FED. R. BANKR. P. 8002<br><br>[Related to ECF Nos. 38, 41] |

THIS MATTER came before the ~~C~~court upon the *Stipulated Motion for Extension of Time to File Notice of Appeal and Motion for Leave Under Fed. R. Bankr. P. 8002* (the "Stipulated Motion") [ECF No. 41]. The Stipulated Motion requests an extension of time to file a notice of appeal and motion for leave to appeal from the ~~C~~court's Order regarding Perkins Coie LLP's Motion to Dismiss for Lack of

Subject Matter Jurisdiction and Failure to State a Claim dated June 23, 2026 (the "Order") [ECF No. 38], pursuant to Fed. R. Bankr. P. 8002(d). Plaintiffs consent to the relief requested in the Stipulated Motion.

The Ccourt has reviewed the Stipulated Motion and the record and files in this case and finds good cause to order the requested relief. Therefore, it is:

ORDERED AS FOLLOWS:

1.     The Stipulated Motion [ECF No. 41] is GRANTED.

2.     The deadline for Perkins Coie LLP to file a notice of appeal and motion for leave to appeal from the Order under Fed. R. Bankr. P. 8002 is EXTENDED to July 21, 2026.

///End of Order///

Presented by:

/s/ Nicholas J. Steverson
Carolyn J. Fairless (admitted *pro hac vice*)
Jennifer J. Oxley (admitted *pro hac vice*)
Nicholas J. Steverson (admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP

John D. Munding (WSBA #21650)
Munding, P.S.

*Attorneys for Defendant Perkins Coie LLP*

/s/ Jason E. Wax (per permission)
Jason Edward Wax (WSBA #41944)
Bush Kornfeld LLP

Alan J. Kornfeld (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
James W. Walker (admitted *pro hac vice*)
Cia H. Mackle (admitted *pro hac vice*)

*Attorneys for Plaintiffs, Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust*

* Changes made by court

# Notice Recipients

District/Off: 0980–2                User: notice                Date Created: 7/2/2026
Case: 25–80084–WLH                Form ID: pdf002             Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty         Nicholas J. Steverson      c/o Wheeler Trigg O'Donnell LLP      370 Seventeenth Street, Suite 4500      Denver,
            CO 80202–5647

                                                                                          TOTAL: 1