**APLDIST**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON (Spokane/Yakima)
### Adversary Proceeding #: 25-80084-WLH

*Assigned to:* Judge Whitman L Holt                    *Date Filed:* 09/26/25
*Lead BK Case:* 23-01243
*Lead BK Title:* iCap Enterprises, Inc.
*Lead BK Chapter:* 11
*Demand:*

 *Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
-----------------------
**Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust**
c/o Jason Wax
Bush Kornfeld LLP
601 Union St, Suite 5000
Seattle, WA 98101
206-292-2110

represented by **Jason E Wax**
Bush Kornfeld LLP
601 Union Street
Suite 4630
Seattle, WA 98101
206-292-2110
Email: jwax@bskd.com

V.

*Defendant*
-----------------------
**Perkins Coie LLP**
Munding, P.S.
309 E. Farwell Rd., Ste. 310
Spokane, WA 99218

represented by **Carolyn J. Fairless**
c/o Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Email: fairless@wtotrial.com

**Carolyn Jean Fairless**
Wheeler Trigg O'Donnell LLP
370 17th Street
Suite 4500
Denver, CO 80202
303-244-1852
Fax : 303-244-1879
Email: fairless@wtotrial.com

**John D Munding**
Munding, P.S.
309 E Farwell Rd, Ste 310
Spokane, WA 99218-1152
509-590-3849
Email: John@Mundinglaw.com

**Jennifer Oxley**
Wheeler Trigg O'Donnell
370 17th Street
Ste. 4500
Denver, CO 80202
303-244-1899
Email: oxley@wtotrial.com

**Jennifer J. Oxley**
c/o Wheeler Trigg O'Donnell, LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Email: oxley@wtotrial.com

**Nicholas J. Steverson**
c/o Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Email: steverson@wtotrial.com

**Nicholas Jason Steverson**
Wheeler Trigg O'Donnell
370 17th Street
Suite 4500
Denver, CO 80202
303-244-1800
Email: steverson@wtotrial.com

| Filing Date | # | Docket Text |
|---|---|---|
| 09/26/2025 | 1 | Adversary case 25-80084. COMPLAINT. Fee Amount $350. Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Wax, Jason) (Entered: 09/26/2025) |
| 09/26/2025 | | RECEIPT of Complaint( 25-80084) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A8977752. Fee amount 350.00 (RE: Complaint1). (U.S. Treasury) (Entered: 09/26/2025) |
| 09/29/2025 | | Judge Whitman L Holt added to case (TJL) (Entered: 09/29/2025) |
| 09/29/2025 | 2 | SUMMONS Issued. (TJL) (Entered: 09/29/2025) |
| 09/29/2025 | 3 | NOTICE of Scheduling Conference. Written Report due: 11/14/2025 . Scheduling Conference scheduled 11/20/2025 at 02:30 PM at (877) 402-9757, Access 9960114 - Yakima. (TJL) (Entered: 09/29/2025) |
| 10/15/2025 | 4 | NOTICE of Appearance. Filed by John D Munding on behalf of Perkins Coie LLP. (Munding, John) (Entered: 10/15/2025) |
| 10/17/2025 | 5 | ACCEPTANCE of Service . Filed by Jason E Wax on behalf of Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust (RE: Complaint1, Summons Issued2). (Wax, Jason) (Entered: 10/17/2025) |
| 10/17/2025 | 6 | CERTIFICATE of Service.. Filed by Jason E Wax on behalf of Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust (RE: Complaint1, Summons Issued2, Notice of Scheduling Conference3, Acceptance of Service5). (Wax, Jason) (Entered: 10/17/2025) |
| 10/24/2025 | 7 | STIPULATED Motion for *Extend Certain Deadlines and Continue Scheduling Conference*. Signed by *Plaintiffs Co-Trustees of iCap Trust* and the filer (RE: 3 Notice of Scheduling Conference).. Filed by John D Munding on behalf of Perkins Coie LLP (Munding, John) (Entered: 10/24/2025) |
| 10/26/2025 | 8 | ORDER Uploaded. Filed by Munding, John. (RE: 7 ) (Entered: 10/27/2025) |
| 10/27/2025 | 9 | ORDER Granting Stipulated Motion to Extend Certain Deadlines, Setting Briefing Schedule, and Continuing Scheduling Conference (RE: 7). (TJL) (Entered: 10/27/2025) |
| 10/29/2025 | 10 | APPLICATION for Carolyn J. Fairless to Appear Pro Hac Vice. Filed by John D Munding on behalf of Perkins Coie LLP (Munding, John) (Entered: 10/29/2025) |
| 10/29/2025 | 11 | APPLICATION for Jennifer J. Oxley to Appear Pro Hac Vice. Filed by John D Munding on behalf of Perkins Coie LLP (Munding, John) (Entered: 10/29/2025) |

| | | |
|---|---|---|
| 10/29/2025 | 12 | APPLICATION for Nicholas J. Steverson to Appear Pro Hac Vice. Filed by John D Munding on behalf of Perkins Coie LLP (Munding, John) (Entered: 10/29/2025) |
| 10/29/2025 | 13 | ORDER Granting Application to Appear Pro Hac Vice. Pursuant to Local Bankruptcy Rule 9010-1(a)(3) and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Attorney Carolyn J. Fairless for Perkins Coie LLP is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the Eastern District of Washington in the above-captioned case and any related bankruptcy cases and adversary proceedings. Counsel of record, John D. Munding, shall sign all pleadings, motions, and other papers prior to filing, and shall meaningfully participate in this case. SO ORDERED. Whitman L. Holt, U.S. Bankruptcy Judge. TEXT-ONLY ORDER; NO PDF DOCUMENT WILL BE ISSUED. RECEIPT Number 27SM666A, Fee Amount $200.00 (RE: 10) . (TJL) (Entered: 10/29/2025) |
| 10/29/2025 | 14 | ORDER Granting Application to Appear Pro Hac Vice. Pursuant to Local Bankruptcy Rule 9010-1(a)(3) and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Attorney Jennifer J. Oxley for Perkins Coie LLP is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the Eastern District of Washington in the above-captioned case and any related bankruptcy cases and adversary proceedings. Counsel of record, John D. Munding, shall sign all pleadings, motions, and other papers prior to filing, and shall meaningfully participate in this case. SO ORDERED. Whitman L. Holt, U.S. Bankruptcy Judge. TEXT-ONLY ORDER; NO PDF DOCUMENT WILL BE ISSUED. RECEIPT Number 27SM7DRN, Fee Amount $200.00 (RE: 11) . (TJL) (Entered: 10/29/2025) |
| 10/29/2025 | 15 | ORDER Granting Application to Appear Pro Hac Vice. Pursuant to Local Bankruptcy Rule 9010-1(a)(3) and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Attorney Nicholas J. Steverson for Perkins Coie LLP is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the Eastern District of Washington in the above-captioned case and any related bankruptcy cases and adversary proceedings. Counsel of record, John D. Munding, shall sign all pleadings, motions, and other papers prior to filing, and shall meaningfully participate in this case. SO ORDERED. Whitman L. Holt, U.S. Bankruptcy Judge. TEXT-ONLY ORDER; NO PDF DOCUMENT WILL BE ISSUED. RECEIPT Number 27SM7DT6, Fee Amount $200.00 (RE: 12) . (TJL) (Entered: 10/29/2025) |
| 11/12/2025 | 16 | MINUTE Entry Re: Scheduling Conference. NOT HELD. Per court order ecf 9 , hearing stricken and subject to rescheduling. Joint status report due by 1/26/2026. (RE: Notice of Scheduling Conference3, Order on Stipulated Motion9). (NNU) (Entered: 11/12/2025) |
| 12/15/2025 | 17 | MOTION to Withdraw Reference . Fee Amount $199. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (Attachments: # 1 Exhibit 1 - Unpublished Cases # 2 Exhibit A - Confirmation Order # 3 Exhibit B - Order Granting Motion for Joint Admin # 4 Exhibit C - Notice of Effect Date # 5 Exhibit D - Complaint in Miller v Columbia Bank # 6 Proposed Form of Order) (Steverson, Nicholas) (Entered: 12/15/2025) |
| 12/15/2025 | | RECEIPT of Motion to Withdraw Reference( 25-80084-WLH) [motion,mwdref] ( 199.00) Filing Fee. Receipt number A9014702. Fee amount 199.00 (RE: Motion to Withdraw Reference17). (U.S. Treasury) (Entered: 12/15/2025) |
| 12/16/2025 | 18 | MOTION to Dismiss Adversary Proceeding. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (Attachments: # 1 Exhibit A - Memorandum of Terms # 2 Exhibit B - Unpublished Cases # 3 Proposed Form of Order) (Steverson, Nicholas) (Entered: 12/16/2025) |
| 12/17/2025 | 19 | STIPULATED Motion for *Extension of Certain Deadlines and Approval of Briefing Schedule*. Signed by *John D. Munding for Defendant Perkins Coie LLP* and the filer (RE: 17 Motion to Withdraw Reference).. Filed by Jason E Wax on behalf of Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust (Wax, Jason) (Entered: 12/17/2025) |
| 12/17/2025 | 20 | ORDER Uploaded. Filed by Wax, Jason. (RE: 19 ) (Entered: 12/17/2025) |
| 12/19/2025 | 21 | ORDER Extending Certain Deadlines and Approving Briefing Schedule (RE: 19). Written Response or Objection Due January 30, 2026; Written Reply Due February 17, 2026. (PS) (Entered: 12/19/2025) |
| 12/23/2025 | 22 | NOTICE of Appearance. Filed by Carolyn Jean Fairless on behalf of Perkins Coie LLP. (Fairless, Carolyn) (Entered: 12/23/2025) |
| 12/23/2025 | 23 | NOTICE of Appearance. Filed by Jennifer Oxley on behalf of Perkins Coie LLP. (Oxley, Jennifer) (Entered: 12/23/2025) |
| 12/23/2025 | 24 | NOTICE of Appearance. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP. (Steverson, Nicholas) (Entered: 12/23/2025) |

| | | |
|---|---|---|
| 01/26/2026 | 25 | JOINT STATUS Report for *Briefing Schedule and Scheduling Conference*. Signed by Nicholas J. Steverson on behalf of Defendant Perkins Coie LLP and the filer. Filed by Jason E Wax on behalf of Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust (RE: Motion to Withdraw Reference17, Motion to Dismiss Adversary Proceeding18, Order on Stipulated Motion21). (Wax, Jason) (Entered: 01/26/2026) |
| 01/30/2026 | 26 | OBJECTION (filed as RESPONSE and corrected by Court) *to Defendant Perkins Coie LLP's Motion to Withdraw the Reference* signed by *Jason Wax* (RE: Motion to Withdraw Reference 17). Filed by Jason E Wax on behalf of Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust (Wax, Jason) Modified on 2/2/2026 (PS). (Entered: 01/30/2026) |
| 01/30/2026 | 27 | OBJECTION (filed as RESPONSE and corrected by Court) *to Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim* signed by *Jason Wax* (RE: Motion to Dismiss Adversary Proceeding 18). Filed by Jason E Wax on behalf of Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust (Wax, Jason) Modified on 2/2/2026 (PS). (Entered: 01/30/2026) |
| 02/17/2026 | 28 | TRANSMITTAL of Motion for Withdrawal of Reference. Motioning Party(ies): Perkins Coie LLP by Nicholas Jason Steverson. Responding Party(ies): Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust by Jason E Wax. Case County: King. Judge has no comments. (RE: Motion to Withdraw Reference17). (PS) (Entered: 02/17/2026) |
| 02/17/2026 | 29 | REPLY signed by *Nicholas J. Steverson* (RE: Motion to Withdraw Reference17). Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (Attachments: # 1 Exhibit 2 - Unpublished Cases to Reply to Motion to Withdraw) (Steverson, Nicholas) (Entered: 02/17/2026) |
| 02/17/2026 | 30 | REPLY signed by *Nicholas J. Steverson* (RE: Motion to Dismiss Adversary Proceeding18). Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (Attachments: # 1 Exhibit Exhibit C - Unpublished Cases to Reply to Motion to Dismiss) (Steverson, Nicholas) (Entered: 02/17/2026) |
| 04/02/2026 | 31 | NOTIFICATION of *ORDER on Defendant's Motion to Withdraw the Reference, originally entered in District Court Case #26-cv-00083-TOR* (RE: related document(s)Motion to Withdraw Reference17) (AS) (Entered: 04/02/2026) |
| 05/13/2026 | 32 | 🔊 PDF with attached Audio File. Court Date & Time [ 5/13/2026 1:32:03 PM ]. File Size [ 10808 KB ]. Run Time [ 00:22:31 ]. (NydiaUrlacher). (Entered: 05/13/2026) |
| 05/13/2026 | 34 | MINUTE Entry Re: Scheduling Conference as to Motion to Dismiss. HELD. Based upon the record, the court schedules a hearing related to the motion to dismiss for 06/18/2026 at 10:00 AM at Tower Bldg, 2nd Floor Courtroom, 402 East Yakima Avenue, Yakima, WA with a telephonic option at (877) 402-9757, Access 9960114 - Yakima. Assuming case is not dismissed with prejudice, parties to confer and discuss/negotiate a scheduling order so that it can be discussed after the court rules on the motion to dismiss. Appearances: Alan Kornfeld, Jason Wax and Jim Walker, attorneys for plaintiffs; Carolyn Fairless, Nicholas Steverson and John Munding, attorneys for defendant (RE: Motion to Dismiss Adversary Proceeding18). (NNU) (Entered: 05/15/2026) |
| 05/15/2026 | 33 | NOTICE of Hearing.. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (RE: Motion to Dismiss Adversary Proceeding18). The Hearing date is set for 6/18/2026 at 10:00 AM at Tower Bldg, 2nd Floor Courtroom, 402 East Yakima Avenue, Yakima, WA. (Steverson, Nicholas) (Entered: 05/15/2026) |
| 06/18/2026 | 35 | 🔊 PDF with attached Audio File. Court Date & Time [ 6/18/2026 10:00:24 AM ]. File Size [ 79960 KB ]. Run Time [ 02:46:35 ]. (admin). (Entered: 06/18/2026) |
| 06/18/2026 | 36 | MINUTE Entry re: Defendant's Motion to Dismiss Adversary Proceeding. HELD. The court heard argument of counsel and based upon the record, the court grants the motion in part and denies in part. The parties will work together on drafting a proposed form of order consistent with the court record. The plaintiffs have until July 17, 2026 to amend their complaint. Appearances: Carolyn Fairless, Nicholas Jason Steverson, and John Munding, attorneys for defendant; Alan Kornfeld, Jason Wax and Jeffrey Dulberg, attorneys for plaintiff (RE: Notice of Hearing33, Motion to Dismiss Adversary Proceeding18). (NNU) (Entered: 06/18/2026) |
| 06/23/2026 | 37 | ORDER Uploaded. Filed by Wax, Jason. (RE: 18 ) (Entered: 06/23/2026) |
| 06/23/2026 | 38 | ORDER on Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (RE: 18). . (MMM) (Entered: 06/23/2026) |

| | | |
|---|---|---|
| 06/23/2026 | 39 | Audio File Request by Transcriptionist: Shari Wheeler, Ahearn & Associates, Inc (RE: Minutes of Proceedings 36 ). (NNU) (Entered: 06/23/2026) |
| 06/29/2026 | 40 | MEMORANDUM --*NOTICE that Plaintiffs Do Not Intend to File an Amended Complaint to Pursue to the Second Cause of Action for Aiding and Abetting Breach of Fiduciary Duty, but Will Proceed Solely with the First Cause of Action for Aiding and Abetting Fraud Against Defendant Perkins Coie LLP* signed by *Jason Wax*. Filed by Jason E Wax on behalf of Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust (RE: Complaint1, Order on Motion to Dismiss Adversary Proceeding38). (Wax, Jason) (Entered: 06/29/2026) |
| 07/01/2026 | 41 | STIPULATED Motion for *Extension of Time to File Notice of Appeal and Motion for Leave Under Fed. R. Bankr. P. 8002*. Signed by *Jason E. Wax Attorneys for Plaintiffs, Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust* and the filer (RE: 38 Order on Motion to Dismiss Adversary Proceeding).. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (Attachments: # 1 Proposed Form of Order) (Steverson, Nicholas) (Entered: 07/01/2026) |
| 07/02/2026 | 42 | ORDER Uploaded. Filed by Steverson, Nicholas. (RE: 41 ) (Entered: 07/02/2026) |
| 07/02/2026 | 43 | ORDER Granting Stipulated Motion for Extension of Time to File Notice of Appeal and Motion for Leave Under Fed. R. Bankr. P. 8002 (RE: Order on Motion to Dismiss Adversary Proceeding38, Stipulated Motion41). (MMM) (Entered: 07/02/2026) |
| 07/04/2026 | 44 | BNC Certificate of Mailing Notice Date 07/04/2026. (Admin.) (Entered: 07/04/2026) |
| 07/13/2026 | 45 | VERBATIM Report/Transcript from hearing held on 6/18/2026. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 10/13/2026. Until that time the transcript may be viewed at the Bankruptcy Court. For information about how to contact the transcriber, call the Clerk's Office. (RE: Minutes of Proceedings 36 ). Notice of Intent to Request Redaction Deadline Due By 7/20/2026. Redaction Request Due By 8/3/2026. Redacted Transcript Submission Due By 8/13/2026. Transcript access will be restricted through 10/13/2026. (NNU) (Entered: 07/13/2026) |
| 07/17/2026 | 46 | MOTION for Request for Certification of Direct Appeal to Circuit Court.. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (Attachments: # 1 Exhibit Exhibit A - Order on Perkins Coie's Motion to Dismiss # 2 Exhibit B - Second Modified Second Amended Joint Chapter 11 Plan # 3 Exhibit C - Findings of Fact, Conclusions of Law # 4 Exhibit D - Excerpt of Transcript - Motion to Dismiss Adversary Proceeding # 5 Exhibit E - Unpublished Cases) (Steverson, Nicholas) (Entered: 07/17/2026) |
| 07/17/2026 | 47 | ORDER Uploaded. Filed by Steverson, Nicholas. (RE: 46 ) (Entered: 07/17/2026) |
| 07/21/2026 | 48 | NOTICE of Appeal and Statement of Election to District Court. Fee Amount $298. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (RE: 38 Order on Motion to Dismiss Adversary Proceeding). (Attachments: # 1 Exhibit A - Order on Perkins Coie's Motion to Dismiss # 2 Exhibit B - ECF 043 - Order Granting Stipulated Motion for Extension of Time)(Steverson, Nicholas) (Entered: 07/21/2026) |
| 07/21/2026 | | RECEIPT of Notice of Appeal and Statement of Election( 25-80084-WLH) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number A9129968. Fee amount 298.00 (RE: Notice of Appeal and Statement of Election48). (U.S. Treasury) (Entered: 07/21/2026) |
| 07/21/2026 | 49 | MOTION for Leave to Appeal. Filed by Nicholas Jason Steverson on behalf of Perkins Coie LLP (Attachments: # 1 Exhibit A - Order on Perkins Coie's Motion to Dismiss # 2 Exhibit B - ECF 043 - Order Granting Stipulated Motion for Extension of Time # 3 Exhibit C - Second Modified Second Amended Joint Chapter 11 Plan # 4 Exhibit D - Findings of Fact, Conclusions of Law # 5 Exhibit E - Excerpt of Transcript - Motion to Dismiss Adversary Proceeding # 6 Exhibit F - Unpublished Cases # 7 Proposed Form of Order [Proposed] Order Granting Defendant Perkins Coie LLP's Motion for Leave to Appeal Order Denying Motion to Dismiss for Lack of Subject-Matter Jurisdiction) (Steverson, Nicholas) (Entered: 07/21/2026) |
| 07/23/2026 | 50 | APPEAL Transmittal to District Court. Appellant(s): Perkins Coie LLP. Appellee(s): . Case County: KING. Date Notice of Appeal Filed: 07/21/2026. Date of Entry of Order on Appeal: 06/23/26. Date Bankruptcy Case Filed: 09/26/2025. Fee Paid: Yes. Transmittal of Notice of Appeal mailed N/A to N/A. All other parties, including the US Trustee, were electronically served. (RE: Order on Motion to Dismiss Adversary Proceeding38, Notice of Appeal and Statement of Election48). Certificate of Record due by 8/24/2026. (MMM) (Entered: 07/23/2026) |